NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHANE OTERO, DC#S04241,              )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-3958
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____)

Opinion filed August 1, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

PER CURIAM.


            Affirmed.


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.